**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1991**

MIY'AT KALI EL-BEY,

        Plaintiff – Appellant,

    v.

 HERMAN MELVIN HOWELL, Judge,

        Defendant – Appellee,

    and

CLOVER POLICE DEPARTMENT; CPL M. L. WILSON; A+ GARAGE &
TOWING; DAVID WOODS; J. CORSEY BENTLEY,

        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Cameron McGowan Currie, Senior
District Judge.   (0:13-cv-00438-CMC-PJG)

Submitted:  December 17, 2013      Decided:  January 13, 2014

Before KING, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Miy'at Kali El-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miy'at Kali El-Bey seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Defendant Judge Herman Melvin Howell without prejudice from this action filed under 42 U.S.C. § 1983 (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order El-Bey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED